**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2033**

TIMOTHY WILLIAMS,

            Plaintiff - Appellant,

      v.

FORCE PROTECTION INDUSTRIES INCORPORATED; HOWARD EISENHUT,
individually and as an employee of Force Protection
Industries Incorporated; SHELIA BOYD, individually and as an
employee of Force Protection Industries Incorporated;
VANESSA LADSON, individually and as an employee of Force
Protection Industries Incorporated; HELEN GEARHEARD,
individually and as an employee of Force Protection
Industries Incorporated; BRENDA VALENTINE, individually and
as an employee of Force Protection Industries Incorporated,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Margaret B. Seymour, District
Judge.  (2:07-cv-03679-MBS)

Submitted:  April 7, 2010          Decided:  April 23, 2010

Before NIEMEYER, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Williams, Appellant Pro Se.  Michael D. Carrouth, FISHER
& PHILLIPS, LLP, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Williams appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendants in this action alleging employment discrimination under Title VII of the Civil Rights Act of 1964, as amended, and raising related claims under state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Force Protection Industries Inc., No. 2:07-cv-03679-MBS (D.S.C. Mar. 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED